UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELINDA DONOVAN,<br><br>    Plaintiff,<br><br>v.<br><br>FLEXTRONICS AMERICA, LLC and<br>VERIZON WIRELESS,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:08-cv-10695 |

**DEFENDANT FLEXTRONICS
<u>AMERICA, LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to District Court Local Rule 7.3(A), Defendant Flextronics America, LLC ("Flextronics"), by its undersigned counsel, states that its parent corporation is Flextronics International, Ltd.  Flextronics further states that no publicly held company owns 10 percent or more of Flextronics International, Ltd.

    Respectfully submitted,

    FLEXTRONICS AMERICA, LLC

    By its attorneys,

    /s/ David M. Jaffe
    Gregory C. Keating (BBO #564523)
    David M. Jaffe (BBO #641610)
    **LITTLER MENDELSON, P.C.**
    One International Place, Suite 2700
    Boston, MA  02110
    Phone 617.378.6000
    Fax 617.737.0052
    gkeating@littler.com
Dated:  May 12, 2008    djaffe@littler.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May 2008 the foregoing corporate disclosure statement was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and via first class mail to those non-registered participants.

/s/ David M. Jaffe
David M. Jaffe

Firmwide:84958906.1 014692.1117