# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| MELINDA DONOVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 08-10695-FDS |
| ) | |
| FLEXTRONICS AMERICA, LLC and ) | |
| VERISON WIRELESS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**SAYLOR, J.**

On January 21, 2008, plaintiff filed a complaint in the Superior Court of the Commonwealth of Massachusetts, Worcester County. On April 25, 2008, defendants removed the case to this Court assuming federal jurisdiction based on diversity of citizenship. 28 U.S.C. § 1332(a)(1). For the purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of all its members. *One Communications Corp. v. Sprint Nextel Corp.,* 495 F. Supp. 2d 219, 223 (D. Mass. 2007); *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006). Because the Court cannot ascertain the citizenship of the limited partners of Flextronics America, LLC, the Court cannot determine whether complete diversity exists in this case. Accordingly, the Court hereby orders Flextronics America, LLC, to disclose to the Court the citizenship of each of its members within fourteen days of the date of this Order for the purposes of confirming that the Court has subject-matter jurisdiction over this matter.

**So Ordered.**

                                          /s/ F. Dennis Saylor
                                          F. Dennis Saylor IV
                                          United States District Judge

Dated: June 26, 2008