UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELINDA DONOVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEXTRONICS AMERICA, LLC and )<br>VERIZON WIRELESS, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 08-cv-10695-FDS |

**FLEXTRONICS AMERICA, LLC'S RESPONSE TO COURT'S
JUNE 26, 2008 ORDER ON SUBJECT MATTER JURISDICTION**

1. Defendant Flextronics America, LLC now responds to the Court's June 26, 2008 Order compelling it to disclose the citizenship of all of its members to determine whether it possesses subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

2. For purposes of diversity jurisdiction, the citizenship of an unincorporated entity is determined by the citizenship of all of its members. One Communs. Corp. v. Sprint Nextel Corp., 495 F. Supp. 2d 219, 220 (D. Mass. 2007).

3. Flextronics America, LLC is a wholly-owned subsidiary of Flextronics International, Ltd., and has no partners. (See Affidavit of Grainne Blanchette, attached hereto as Exhibit A, ¶ 2). Flextronics America, LLC was formed in Delaware and maintains its principal place of business in Colorado. (Id.). Thus, Flextronics America LLC is a citizen of Delaware and Colorado and is diverse from Plaintiff Melinda Donovan, who is a citizen of Massachusetts.

4. The Court therefore has subject matter jurisdiction over this lawsuit.

Respectfully submitted,

FLEXTRONICS AMERICA, LLC,

By its attorneys,

/s/ David M. Jaffe
Gregory C. Keating (BBO #564523)
David M. Jaffe (BBO #641610)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA 02110
Phone 617.378.6000
Fax 617.737.0052
gkeating@littler.com
djaffe@littler.com

Dated: July 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2008 the foregoing Flextronics America, LLC's Response to Court's June 26, 2008 Order on Subject Matter Jurisdiction was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and via first class mail to those non-registered participants.

/s/ David M. Jaffe
David M. Jaffe

Firmwide:85801360.1 014692.1117