UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELINDA DONOVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEXTRONICS AMERICA, LLC and )<br>VERIZON WIRELESS, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 08-cv-10695-FDS |

## AFFIDAVIT OF GRAINNE BLANCHETTE

1. My name is Grainne Blanchette. I am a resident of the State of Massachusetts, over twenty-one (21) years of age, and give this affidavit of my own free will. I have personal knowledge of the information contained in this affidavit and am competent to testify about the matters herein.

2. I am currently Director of Global HR Compliance in the Flextronics International, LTD. corporate Human Resources department, and have occupied this position since October 1, 2007. As Director of Global HR Compliance, responsible for designing, implementing and monitoring HR compliance policies, programs and activities, among other responsibilities, I am knowledgeable about Flextronics America, LLC's business structure. Flextronics America, LLC is a wholly-owned subsidiary of Flextronics International, LTD., and has no partners. Flextronics America, LLC was formed in Delaware and maintains its principal place of business in Colorado.

I have read the foregoing Affidavit, and I declare under penalty of perjury under the laws of the State of Massachusetts and the United States of America, the foregoing is true and correct.

Dated: July 8, 2008

_____
Grainne Blanchette